NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

LOUIS JAMES MANGANIELLO, JR., *Petitioner*.

No. 1 CA-CR 18-0289 PRPC
FILED 1-10-2019

Appeal from the Superior Court in Maricopa County
No. CR2013-417947-002
The Honorable Sam J. Myers, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Louis James Manganiello, Jr., Eloy
*Petitioner*

------------------------------

**MEMORANDUM DECISION**

Presiding Judge Jennifer M. Perkins, Judge Lawrence F. Winthrop and Judge Jon W. Thompson delivered the decision of the Court.

------------------------------

**PER CURIAM**:

**¶1**	Petitioner Louis James Manganiello Jr. seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's first petition.

**¶2**	Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**	We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We hold that petitioner has not established an abuse of discretion.

**¶4**	For the foregoing reasons, we grant review and deny relief.

